**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.

FRANK LAY and
ROBERT FREEMAN             Case No. 3:09mc62MCR
_____/

## O R D E R

Pending before the court is the motion of defendants Frank Lay and Robert Freeman seeking an extension of time to file motions in limine. (Doc. 14). The motion is hereby **GRANTED**. The parties shall have until **12:00 noon on Monday, September 14, 2009**, to submit motions in limine. Motions filed after that time on matters that should have been known to counsel earlier will not be considered.

    **DONE AND ORDERED** this 10th day of September, 2009.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**