IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:  FRANK LAY and                          CASE No.  3:09mc62/MCR
ROBERT FREEMAN

## STIPULATIONS BY THE PARTIES

COMES NOW COUNSEL FOR THE PARTIES in the above styled action, Randall J. Hensel, Assistant United States Attorney on behalf of the United States, and Barry W. Beroset and Horatio G. Mihet on behalf of defendants Frank Lay and Robert Freeman and stipulate to the following facts without need of further evidence for purposes of the trial now scheduled in this matter on September 17, 2009 as follows:

1. At the time the Court entered the January 9, 2009, Preliminary Injunction ("the Order") which is the subject matter of this proceeding, the Court had personal jurisdiction over the parties thereto and subject matter jurisdiction over the action in which it was entered, and the Court was otherwise authorized to enter the Order.

2. The Order was entered in accordance with the requisite procedural requirements.

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST FLA
PENSACOLA

09 SEP 16 PM 3: 27

FILED

3. Defendants Frank Lay and Robert Freeman received a copy of the Order on or about January 16, 2009.

4. Defendants acknowledge that the Court is bound by Eleventh Circuit precedent, holding that the constitutionality of a court order is not a defense to a criminal contempt charge based upon such order. Accordingly, Defendants will not raise the constitutionality of the Order in this proceeding except for the limited purpose of preserving their ability to raise the issue on appeal.

5. The Government will not use statements made by either Defendant to the media or to community gatherings after the January 28, 2009 incident which is the subject matter of this proceeding except solely for impeachment.

SO STIPULATED AND AGREED THERETO:

                          Respectfully submitted,

                          THOMAS F. KIRWIN
                          United States Attorney

                          RANDALL J. HENSEL
                          Assistant U.S. Attorney

                          9/16/09

*[signature]* 9/15/2009
H. FRANK LAY
Defendant                    DATE

*[signature]* 9-15-2009
ROBERT FREEMAN
Defendant                    DATE

*[signature]*
BARRY W. BEROSET
Attorney for Defendants
Lay and Freeman         DATE 9/16/09

*[signature]*
HORATIO G. MIHET
Attorney for Defendants
Lay and Freeman         DATE 9/16/09