# United States District Court
## Criminal Contempt - Bench Trial

Case No:___3:09mc62/MCR___                                        Date___September 17, 2009___

DOCKET ENTRY: **BENCH TRIAL**

Bench trial held September 19, 2009. Testimony heard and evidence entered. Court DENIES Defendants' motion for a directed verdict.  Court finds both Dft Frank Lay and Dft Robert Freeman not guilty of the charge of criminal contempt.  A written order dismissing charges to follow.
Attached: daily minutes, exhibit and witness lists.  All exhibits (envelope) placed in Clerk's secured storage.

PRESENT:  HONORABLE___**M. CASEY RODGERS**___, JUDGE        ___Susan Simms___        ___Gwen Kesinger___
                                                                                    Deputy Clerk                Court Reporter

Style of Case:    **USA v. Frank Lay and Robert Freeman**___

Attorneys present for plaintiffs (pla):   ___Randall Hensel___

Attorneys present for defendant (dft):   ___Barry Beroset, Horatio Mihet, & Matthew Staver___

| | |
|---|---|
| _____ | Case called and continued to _____ for trial. |
| ✔ | COURT TRIAL. |
| ✔ | FINDING BY COURT _____ MATTER TAKEN UNDER ADVISEMENT |
| _____ | Continued to _____ for _____ setting_____ trial _____further trial. |

SEE SEPARATE (ATTACHED) LIST FOR WITNESSES AND EXHIBITS.

**Thursday, September 17, 2009**

| | |
|---|---|
| 9:03 am | Court in session - introduction of counsel |
| 9:05 | Court review case |
| 9:18 | Defense (Beroset) addresses waiver/conflict of counsel issue |
| 9:19 | Govt (Hensel) responds |
| 9:20 | Court inquiry of defendants re: conflict issue; Dft Frank Lay and Dft Robert Freeman respond |
| 9:24 | Court finds that both defendants understand the waiver of conflict |
| 9:25 | Court reads stipulation into the record |
| 9:26 | **Government Opening Argument (Hensel)** |
| 9:40 | **Defense Opening Argument (Beroset)** |
| 9:51 | Govt witness **JO ANN SIMPSON** sworn - Direct (Hensel); 10:07 Cross (Beroset); 10:14 Direct |
| | *Govt's Exhibit #1 - admitted* |
| 10:19 | Govt witness **JOSEPH HARRELL** sworn - Direct (Hensel); 10:28 Cross (Beroset); No Redirect |
| 10:32 | Govt witness **LEWIS LYNN** sworn - Direct; 10:40 Cross (Beroset); 10:42 Redirect |
| | *Govt's Exhibit #4 - admitted* |
| 10:43 | Counsel notify court that they invoked the rule re: witnesses |
| 10:44 | Court in recess |
| 11:01 | Court in session |
| 11:02 | Govt witness **TIM WYROSDICK** sworn - Direct (Hensel); 11:31 Cross (Beroset); 11:37 Redirect; 11:39 Recross |
| | *Govt's Exhibits #2,3,5,6,7 & 8 - admitted* |
| 11:41 | **Government Rests** |
| 11:42 | Defense (Mihet) argues Motion for a Directed Verdict; 11:55 Govt responds |

**BENCH TRIAL MINUTES (Continued)**

**3:09mc62/MCR**                **USA v. Frank Lay & Robert Freeman**                **September 17, 2009**

| | |
|---|---|
| 11:58 | Court in lunch recess (until 1:15 pm) |
| 1:17 pm | Court in session |
| | Court inquiry; Defense (Beroset/Mihet) respond re: case law; Govt responds |
| 1:23 | **Court DENIES motion for a directed verdict** |
| 1:25 | Defense witness **MICHAEL LINDSEY** sworn - Direct (Beroset); 1:32 Cross; 1:36 Redirect |
| 1:38 | Defense witness **GRADY HERBERT CANNON** sworn - Direct (Beroset); 1:44 Cross; No Redirect |
| 1:48 | Defense witness **BRAD MARCILLIAT** sworn - Direct (Beroset); 1:53 Cross; No Redirect; 1:54 Court inquiry |
| 1:55 | Defense witness **STEVE TOWNLEY** sworn - Direct (Beroset); 1:59 Cross; No Redirect |
| 2:01 | Defense witness **TOMMY GUNN** sworn - Direct (Beroset); No Cross |
| 2:03 | Defense witness **TERRY BODIE** sworn - Direct (Beroset); No Cross |
| 2:07 | Defense witness **ROBERT FREEMAN** sworn - Direct (Mihet); 2:21 Cross; 2:31 Redirect; 2:32 Court inquiry |
| 2:33 | Court in recess |
| 2:51 | Court in session |
| 2:52 | Defense witness **HENRY FRANK LAY** sworn - Direct (Mihet); 3:34 Cross; 3:49 Redirect; 3:53 Court inquiry |
| 3:54 | **Defense Rests** |
| 3:55 | Court requests counsel address specific issues during closing arguments |
| 4:05 | Court in recess |
| 4:25 | Court in session |
| 4:26 | **Government Closing Argument (Hensel)** |
| 4:38 | **Defense Closing Argument (Mihet)** |
| 5:05 | **Government Rebuttal Argument (Hensel)** |
| 5:07 | Court in recess |
| 6:02 | Court in session |
| 6:03 | Court provides findings of fact and conclusions of law |
| 6:16 | **Court finds Dft Robert Freeman not guilty** |
| 6:22 | **Court finds Dft Frank Lay not guilty** |
| | Order will be entered dismissing charges against both defendants |
| 6:25 | Court adjourned |

**Filed in Open Court**

———————  9-17-2009  ———————
**Initials of Deputy Clerk sps**