UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v                                              CASE NO. 3:09mc62/MCR

**FRANK LAY**

_____

### JUDGMENT OF ACQUITTAL BY THE COURT

Based on the court's finding of not guilty as to this defendant following a non-jury trial on September 17, 2009, the defendant FRANK LAY is hereby ADJUDGED NOT GUILTY of the criminal contempt charge and this charge is DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 18th day of September, 2009.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE