# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v                  CASE NO. 3:09mc62/MCR

ROBERT FREEMAN

_____

## JUDGMENT OF ACQUITTAL BY THE COURT

Based on the court's finding of not guilty as to this defendant following a non-jury trial on September 17, 2009, the defendant ROBERT FREEMAN is hereby ADJUDGED NOT GUILTY of the criminal contempt charge and this charge is DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 18th day of September, 2009.

                                     s/ M. Casey Rodgers
                                       M. CASEY RODGERS
                                       UNITED STATES DISTRICT JUDGE